A. J. Klyczek and Joseph A. Klyczek, Trading as A. J. Klyczek and Company, Appellants, v. Dubuque Fire and Marine Insurance Company, Appellee.

Gen. No. 43,231.

Heard in the second

division, first district, this court at the October term, 1944; opinion filed April 19, 1945; released for publication May 2, 1945. Russell & Bridewell, for appellant; Horace Russell and Bernard J. A. Dahl, of counsel; Fisher & Fisher, for appellee; Joseph Fisher, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full.